-O-

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )    CASE NO. 13 MJ 198
                                     )
                Plaintiff,           )
                                     )
        vs.                          )    ORDER OF DETENTION
                                     )
                                     )
                                     )
                                     )
Feng Xian                            )
                Defendant.           )
_____)

I

A.    ( )   On   motion   of   the   Government   in   a   case   allegedly
involving:

        1.    ( )   a crime of violence.

        2.    ( )   an   offense   with   maximum   sentence   of   life
imprisonment   or death.

        3.    ( )   a narcotics or controlled substance offense with
maximum sentence of ten or more years.

        4.    ( )   any felony - where defendant convicted of two or
more prior offenses described above.

5.   ( )  any  felony  that  is  not  otherwise  a  crime  of  violence  that  involves  a  minor  victim,  or  possession  or  use  of  a  firearm  or  destructive  device  or  any  other  dangerous  weapon,  or  a  failure  to  register  under  18  U.S.C.  § 2250.

B.   ☒  On  motion  by  the  Government/ ( )  on  Court's  own  motion,  in  a  case  allegedly  involving:

   ☒  On  the  further  allegation  by  the  Government  of:

   1.   ☒  a  serious  risk  that  the  defendant  will  flee.

   2.   ( )  a  serious  risk  that  the  defendant  will:

      a.   ( )  obstruct  or  attempt  to  obstruct  justice.

      b.   ( )  threaten,  injure  or  intimidate  a  prospective  witness  or  juror,  or  attempt  to  do  so.

C.   The  Government  ( )  is/ ☒  is  not  entitled  to  a  rebuttable  presumption  that  no  condition  or  combination  of  conditions  will  reasonably  assure  the  defendant's  appearance  as  required  and  the  safety  or  any  person  or  the  community.


II

A.   ☒  The  Court  finds  that  no  condition  or  combination  of  conditions  will  reasonably  assure:

   1.   ☒  the  appearance  of  the  defendant  as  required.

   ( )  and/or

   2.   ( )  the  safety  of  any  person  or  the  community.

B.   ( )  The  Court  finds  that  the  defendant  has  not  rebutted  by  sufficient  evidence  to  the  contrary  the  presumption  provided  by  statute.

///

///

-2-

III

The Court has considered:

A.    the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.    the weight of evidence against the defendant;

C.    the history and characteristics of the defendant; and

D.    the nature and seriousness of the danger to any person or the community.

IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V

The Court bases the foregoing finding(s) on the following:

A.    (X)   As to flight risk:

inadequate surety
ties to a foreign country
lack of family support
lack of employment income
lack of information provided
regarding health/possible
substance abuse issues.

///
///
///
///

B.    ( )  As to danger:

_____

_____

_____

_____

_____

_____

VI

A.    ( )   The Court finds that a serious risk exists the defendant will:

    1.    ( )   obstruct or attempt to obstruct justice.

    2.    ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.    The Court bases the foregoing finding(s) on the following:

_____

_____

_____

VII

A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.    IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

-4-

1     C.    IT IS FURTHER ORDERED that the defendant be afforded

2     reasonable opportunity for private consultation with counsel.

3     D.    IT IS FURTHER ORDERED that, on order of a Court of the United

4     States or on request of any attorney for the Government, the

5     person in charge of the corrections facility in which defendant

6     is confined deliver the defendant to a United States marshal for

7     the purpose of an appearance in connection with a court

8     proceeding.

9     *This Order is without prejudice.*

10

11    DATED:    2/25/13

12                            SUZANNE H. SEGAL
                                  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28